UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ESTATE. OF DEBRA DAVIS, et al., ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, et al. ) <br> Defendant. ) | DOCKET NO: 02-CV-11911 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for the defendant, Lawrence Sarhatt, in the above-entitled civil action.

                            Respectfully Submitted,
                            The Defendant
                            LAWRENCE SARHATT,
                            By his attorneys,

                            MORRISON, MAHONEY & MILLER

                            _____
                            Tory A. Weigand, BBO #548553
                            250 Summer Street
                            Boston, MA  02210-1181
                            (617) 439-7500

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 4/7/03

_____
Tory A. Weigand

DOCKETED

-1-

892155v1