UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EST. OF JOHN McINTYRE, et al.,<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br>Defendants. | DOCKET NO:<br>01-CV-10408-RCL<br>(Consolidated Cases) |

# DEFENDANT LAWRENCE SARHATT'S
# MOTION FOR JUDGMENT ON THE PLEADINGS
# BASED ON THE STATUTE OF LIMITATIONS

MORRISON, MAHONEY & MILLER, LLP
Tory A. Weigand, BBO #548553
250 Summer Street
Boston, MA  02210-1181
(617) 439-7500

Counsel for Consolidated Individual Defendant Lawrence Sarhatt
(Defendant in Litif, Davis and Donahue actions)

900557v1

NOW COMES, individual defendant, Lawrence Sarhatt, and hereby moves for the entry of judgment on the pleadings pursuant to Rule 12 of the Federal Rules of Civil Procedure. As grounds for this motion, defendant Sarhatt states that he has been named as an individual defendant in the Litif (C.A. No. 02-11791-RCL); Davis (C.A. No. 02-11911-RCL); and Donahue (C.A. No. 01-10433-RCL) consolidated actions and that the claims are barred by the applicable statute of limitations. Defendant Sarhatt relies upon and incorporates by reference the Consolidated Memorandum of Law in Support of Individual Defendants' Motions to Dismiss or Judgment on the Pleadings on Statute of Limitations being filed herewith.

WHEREFORE, individual defendant, Lawrence Sarhatt, respectfully requests that his Motion for Judgment on the Pleadings in the Litif (C.A. No. 02-11791-RCL); Davis (C.A. No. 02-11911-RCL); and Donahue (C.A. No. 01-10433-RCL) be **ALLOWED**.

> Respectfully Submitted,
> The Defendant
> LAWRENCE SARHATT,
> By his attorneys,
>
> MORRISON, MAHONEY & MILLER
>
> Tory A. Weigand, BBO #548553
> 250 Summer Street
> Boston, MA 02210-1181
> (617) 439-7500

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 7/7/03

Tory A. Weigand

2

900557v1