UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN E. DAVIS AND ROBERT P. DAVIS, in their capacities as administrators of the Estate of Debra Davis,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES, JOHN MORRIS, & JOHN CONNOLLY,<br><br>Defendants. | CIVIL ACTION<br>NO. 02-11911-WGY |
| MARION HUSSEY, individually and in her capacity as administratrix of the Estate of Deborah Hussey,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES, JOHN MORRIS, JOHN CONNOLLY, JAMES BULGER, & STEPHEN FLEMMI,<br><br>Defendants. | CIVIL ACTION<br>NO. 03-10087-WGY |

<u>ORDER FOR RE-ARGUMENT</u>

YOUNG, D.J.                                            November 2, 2009

   In preparing the final findings and rulings pursuant to Fed. R. Civ. P. 52(b), the Court realizes that it may have given

inadequate weight to the availability of loss of consortium damages due a parent for the wrongful death of even an emancipated adult son or daughter.  See Schultz v. Grogean, 406 Mass. 364 (1990).

Accordingly, the Court orders prompt re-argument of this issue.  The Courtroom Deputy Clerk will schedule such re-argument.

SO ORDERED.


/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE